Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
Phone: 360-688-0458
Fax:  503-405-7373
Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KENNETH WARREN | Civil Case no. 6:12-cv-01528-BR |
| Plaintiff, | ORDER (EAJA FEES) |
| vs. | |
| COMMISSIONER,<br>of Social Security<br>Administration,<br>Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Plaintiff's motion for EAJA fees is granted and an attorney fee in the amount of $6,119.42 is awarded to Plaintiff. It is ordered that the aforementioned attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010).

1 - ORDER FOR EAJA FEES

If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to Plaintiff's attorney's mailing address at PO Box 421, West Linn, OR 97068. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above. There are no costs or expenses to be paid herein.

DATED this 23rd day of April, 2014.

_____
The Honorable Anna J. Brown
U.S. District Court Judge

Submitted by:

Bruce W. Brewer, OSB No. 925581
360-688-0458, Attorney for Plaintiff

2 - ORDER FOR EAJA FEES