Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **KENNETH WARREN,** | Case No. 6:12-cv-01528-BR |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security**, | |
| Defendant. | |

Pursuant to 42 U.S.C. § 406(b) it is hereby ORDERED that the motion for attorney fees [ECF #35] is GRANTED as reasonable and that the Commissioner shall provide payment of $6,672.58, directly to plaintiff's attorney, Bruce Brewer, pursuant to this Order. It if further ORDERED that the check for the fee shall be made payable to plaintiff's attorney, Bruce Brewer, and mailed to his business address of PO Box 421, West Linn, OR 97068.

DATED this 12th day of December, 2014.

/s/ Anna J. Brown
_____
The Honorable Anna J. Brown
United States District Court Judge

Presented by:
Bruce W. Brewer, OSB No. 925581

ORDER - Page 1